██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN L. THOMAS, Appellant. [670 NYS2d 126] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Hayes, Balio and Fallon, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD D. AMOS, Appellant. [670 NYS2d 126] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Erie County Court, DiTullio, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

██ In the Matter of KENDRA R. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEVIN R., SR., Appellant. In the Matter of KEVIN R. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEVIN R., SR., Appellant. In the Matter of KERRY R. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEVIN R., SR., Appellant. In the Matter of KORY R. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEVIN R., SR., Appellant. In the Matter of KODY R. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEVIN R., SR., Appellant. [670 NYS2d 125] —Motion for poor person relief and assignment of counsel denied and appeals dismissed. Memorandum: Respondent's counsel treated the orders extending placement as default orders and moved to vacate the defaults; that motion was denied. An order denying a motion to vacate a default is appealable (Walsh v Syms, 51 AD2d 645; see also, CPLR 5015 [a]), whereas an order entered upon default is not (see, Matter of Natanya Sharay G., 232 AD2d 487). Present—Pine, J. P., Lawton, Wisner, Callahan and Balio, JJ.